*Randolph Hicks* for appellant. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Wendell P. Brown,* Assistant Attorney General, for appellees. ■

No. 533. STANDARD OIL CO. OF LOUISIANA *v.* TENNESSEE EX REL. McCANLESS, COMMISSIONER OF FINANCE & TAXATION, ET AL. ■

■ October 13, 1941. *Per Curiam:* The judgment is affirmed. *General Oil Co.* v. *Crain,* 209 U. S. 211; *Bacon* v. *Illinois,* 227 U. S. 504; *Susquehanna Coal Co.* v. *South Amboy,* 228 U. S. 665; *Minnesota* v. *Blasius,* 290 U. S. 1, 10–12. *Messrs. T. M. Milling, William Waller,* and *J. Paschall Davis* for appellant. *Mr. William F. Barry,* Assistant Attorney General of Tennessee, for appellees.

No. 566. TRENT ET AL. *v.* HUNT ET AL. ■

■ October 13, 1941. *Per Curiam:* The judgment is affirmed. *Beal* v. *Missouri Pacific R. Co.,* 312 U. S. 45, 49–51; *Watson* v. *Buck,* 313 U. S. 387, 400–01. *Messrs. Hayden C. Covington* and *Joseph F. Rutherford* for appellants. *Mr. Urban C. Stover,* Deputy Attorney General of Indiana, for appellees. ■

No. 567. BEVINS ET AL. *v.* PRINDABLE ET AL. ■

■ October 13, 1941. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Beal* v. *Missouri Pacific R. Co.,* 312 U. S. 45, 49–51; *Watson* v. *Buck,* 313 U. S. 387, 400–01. *Messrs.*